# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREG ELLIOT PELKOLA,
Appellant,

vs.

HEIDI MARIE PELKOLA,
Respondent.

No. 80763

FILED

APR 1 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on March 10, 2020, without payment of the requisite filing fee. That same day, a notice issued directing appellant to pay the filing fee within 10 days or the appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David S. Gibson, Jr., District Judge
The Grimes Law Office
Radford J. Smith, Chartered
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-13865